IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02749-BNB

R. KIRK McDONALD,

    Plaintiff,

v.

J.P. MORGAN CHASE BANK N.A.,
CITIBANK N.A., and
CHASE FUNDING MORTGAGE LOAN ASSET BACKED CERTIFICATES 2002-4,

    Defendants.

## ORDER DRAWING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.1C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 17th day of October, 2012.

                                          BY THE COURT:

                                          *s/Craig B. Shaffer*
                                          Craig B. Shaffer
                                          United States Magistrate Judge