IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02749-MSK-MEH

R. KIRK MCDONALD,

    Plaintiff,

v.

J.P. MORGAN CHASE BANK N.A.,
CITIBANK, N.A.,
CHASE FUNDING MORTGAGE LOAN, and
ASET BACKED CERTIFICATES 2002-4,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 14, 2013.**

    Plaintiff's First Motion to Compel Defendant to Disclose Pursuant to F.R.C.P. 37 [filed May 10, 2013; docket #60] is **granted in part** and **denied in part** as follows. The Court declines to compel production under Fed. R. Civ. P. 37 because Plaintiff has failed to "set forth in the text of the motion the specific interrogatory, request, or response to which the motion is directed," and has failed to attach to the motion "an exhibit that contains the interrogatory, request, or response" as required by D.C. Colo. LCivR 37.1. However, in light of Plaintiff's concerns, the Court will hold a Status Conference in this case to discuss discovery issues on **May 30, 2013**, at **10:00 a.m.**, in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

    Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.