IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02749-MSK-MEH

R. KIRK MCDONALD,

   Plaintiff,

v.

J.P. MORGAN CHASE BANK N.A.,
CITIBANK, N.A.,
CHASE FUNDING MORTGAGE LOAN, and
ASSET BACKED CERTIFICATES 2002-4,

   Defendants.

---

# MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 6, 2013.**

  The Bank Defendants' Motion for a Protective Order Pursuant to Fed. R. Civ. P. 26(c) and D.C. Colo. LCivR 30.2(A) and Request for Expedited Ruling [filed May 29, 2013; docket #79] is **granted in part** and **denied without prejudice in part** as stated on the record at the May 30, 2013 Status Conference. (Docket #80.)