IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02749-MSK-MEH

R. KIRK MCDONALD,

    Plaintiff,

v.

J.P. MORGAN CHASE BANK N.A.,
CITIBANK, N.A.,
CHASE FUNDING MORTGAGE LOAN, and
ASSET BACKED CERTIFICATES 2002-4,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 2, 2013.**

    Plaintiff's Motion to Amend Pursuant to Fed. R. Civ. P. 15(a)(2) [filed June 27, 2013; docket #90] is **denied without prejudice** on several grounds.

    As a threshold matter, Plaintiff's Motion does not comply with D.C. Colo. LCivR 7.1A. The Court reminds Plaintiff, once again, that it "will not consider *any motion*, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good-faith efforts to confer with opposing counsel." D.C. Colo. LCivR 7.1A (emphasis added). Though Plaintiff represents that "discussions with opposing counsel were engaged" and ultimately "suspended when leaks regarding the request to add additional defendants were discovered," this statement not apprise the Court of Defendants' position on the relief requested nor demonstrate that Plaintiff engaged in meaningful efforts to obtain their position prior to seeking relief from the Court.

    Second, Plaintiff has failed to attach a copy of the proposed amended pleading to his Motion. Without a proposed amended pleading, the Court cannot determine whether justice so requires leave to amend.

    Finally, the Court observes that the deadline for joinder of parties and amendment of pleadings passed on April 15, 2013. (Docket #47 at 13.) Plaintiff's Motion does not acknowledge the expiration of this deadline, nor does it provide good cause to modify the scheduling order to permit the amendment Plaintiff now proposes.