IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02749-MSK-MEH

R. KIRK MCDONALD,

    Plaintiff,

v.

J.P. MORGAN CHASE BANK N.A.,
CITIBANK, N.A.,
CHASE FUNDING MORTGAGE LOAN, and
ASSET BACKED CERTIFICATES 2002-4,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 7, 2013.**

    Plaintiff's Motion to Amend Pursuant to Fed. R. Civ. P. 15(a)(2) [filed August 5, 2013; docket #105] is **denied without prejudice** based upon Plaintiff's failure to attach a copy of the proposed amended pleading to his motion. Without the proposed pleading, the Court is unable to determine whether justice so requires leave to amend.