IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.   12-cv-02749-MSK-MEH | Date:   March 17, 2014 |
| Courtroom Deputy: Cathy Pearson | **FTR – Courtroom A501** |

R. KIRK MCDONALD,                                                      *Pro Se*

     Plaintiff,

vs.

J.P. MORGAN CHASE BANK N.A.,                               Mark Willis
CITIBANK N.A., and                                                       Kelly Kilgore
CHASE FUNDING MORTGAGE LOAN ASSETBACKED
CERTIFICATES 2002-4,

     Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**DISCOVERY HEARING and STATUS CONFERENCE**

**Court in session:**    **3:11 p.m.**

Court calls case.   Appearances of *pro se* Plaintiff and counsel for Defendants

Discussion held regarding Claims 10, 11, and 13 and if there material facts remaining as to those claims.

**ORDERED:**  1.   On or before **March 31, 2014**, Defendants shall produce to Plaintiff all correspondence between Chase and Mr. McDonald for the years 2008 through 2012; and Plaintiff shall produce to Defendants all correspondence he had with Chase for the same period of time.   The discovery ordered today is the only discovery remaining in the case; otherwise, discovery is closed.   The parties shall certify their discovery responses.

2.   The dispositive motion deadline is moved up to **May 1, 2014.**

3.   A Status Conference is set for **April 15, 2014, at 10:00 a.m.**   This hearing may be vacated, if the parties agree to stipulate to a set of facts and to all correspondence.

Discussion held and argument given regarding Plaintiff's Motion & Request for TRO Pursuant to Federal Rules of Civil Procedure Rule 65(b) [Doc. 151, filed 3/6/14].

The Court will issue a separate text-only entry that Plaintiff's Motion & Request for TRO Pursuant to Federal Rules of Civil Procedure Rule 65(b) [Doc. 151, filed 3/6/14] be DENIED.   The parties are advised of their right to object to this Court's recommendation.

Discussion held regarding Plaintiff's Mortion [sic] for Leave to File Amended Complaint (Doc. 153, filed 3/13/14).

**ORDERED:**  Plaintiff's Mortion [sic] for Leave to File Amended Complaint (Doc. 153, filed 3/13/14) is DENIED without prejudice for reasons stated on the record.   Plaintiff is directed to comply with D.C.COLO.LCivR 15.1(b).

Discussion held regarding Claim 24 of the Amended Complaint.

| | |
|---|---|
| 4:27 p.m. | Off the record. |
| 4:30 p.m. | On the record. |

Discussion held regarding interrogatories, Requests for Admissions, and Requests for Production of Documents and the stay entered on March 3, 2014.   The Court reviews the written discovery submitted to Defendants by Plaintiff and states on the record which interrogatories and requests will be allowed.

**ORDERED:**  Defendant shall respond to Plaintiff's written discovery on or before **April 11, 2014,** as stated on the record.

**Court in recess:     4:55 p.m.   (Hearing concluded)**
**Total time in court:**  1:41

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.