IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02749-MSK-MEH

R. KIRK MCDONALD,

      Plaintiff,

v.

J.P. MORGAN CHASE BANK, N.A.,
CITIBANK, N.A.,
CHASE FUNDING MORTGAGE LOAN ASSET BACKED CERTIFICATES 2002-4,

      Defendants.

## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

**Michael E. Hegarty, United States Magistrate Judge.**

      Before the Court is Plaintiff's Motion and Request for TRO Pursuant to Federal Rule of Civil Procedure 65(b) [filed March 6, 2014; docket # 151]. The parties participated in an evidentiary hearing on Plaintiff's motion on March 17, 2014 [docket # 157]. As described on the record, none of Plaintiff's surviving claims provides a legal or jurisdictional basis for the injunctive relief Plaintiff seeks. Moreover, because Plaintiff is not the legal owner of the property at issue, he cannot demonstrate that selling the property or evicting him from the property would constitute irreparable harm. *See Fasi v. HSBC Bank USA, N.A.*, No. 12-CV-03290-PAB-MJW, 2013 WL 50434, at *2 (D. Colo. Jan. 3, 2013) (unpublished) (citing *Allen v. United Props. & Constr., Inc.*, No. 07-CV-00214-LTB-CBS, 2008 WL 4080035, at *18 (D. Colo. Sept. 3, 2008) (unpublished)); *Hindorff v. GSCRP, Inc.*, No. 13-CV-00955-PAB-KLM, 2013 WL 2903451, at *8 (D. Colo. June 14, 2013) (unpublished). Therefore, the Court respectfully RECOMMENDS that Plaintiff's motion [docket

# 151] be **denied**.[1]

Dated and entered at Denver, Colorado, this 18th day of March, 2014.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge

---

[1] Be advised that all parties shall have fourteen (14) days after service hereof to serve and file any written objections in order to obtain reconsideration by the District Judge to whom this case is assigned. Fed. R. Civ. P. 72. The party filing objections must specifically identify those findings or recommendations to which the objections are being made. The District Court need not consider frivolous, conclusive or general objections. A party's failure to file such written objections to proposed findings and recommendations contained in this report may bar the party from a de novo determination by the District Judge of the proposed findings and recommendations. United States v. Raddatz, 447 U.S. 667, 676-83 (1980); 28 U.S.C. § 636(b)(1). Additionally, the failure to file written objections to the proposed findings and recommendations within fourteen (14) days after being served with a copy may bar the aggrieved party from appealing the factual findings of the Magistrate Judge that are accepted or adopted by the District Court. Thomas v. Arn, 474 U.S. 140, 155 (1985); Moore v. United States, 950 F.2d 656, 659 (10th Cir. 1991); Niehaus v. Kansas Bar Ass'n, 793 F.2d 1159, 1164 (10th Cir. 1986).