IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02749-MSK-MEH

R. KIRK MCDONALD,

    Plaintiff,

v.

J.P. MORGAN CHASE BANK, N.A.,
CITIBANK, N.A.,
CHASE FUNDING MORTGAGE LOAN ASSET BACKED CERTIFICATES 2002-4,

    Defendants.

# MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 11, 2014.**

    Before the Court are three motions filed by Plaintiff: (1) Request for Immediate Order [on] Motion for Certification Pursuant to F.R.C.P. Rule 54(b) [filed March 27, 2014; docket # 163]; (2) Plaintiff's Motion for Order Granting Permission to Take Oral Testimony [Objection to Close of Discovery] [filed March 31, 2014; docket # 164]; and (3) Plaintiff's Motion for Judicial Notice [filed April 9, 2014; docket # 167].  The Court ORDERS as follows:

1.  Plaintiff's Request for Immediate Order [on] Motion for Certification Pursuant to F.R.C.P. Rule 54(b) is **denied as moot**.  The Court ruled on Plaintiff's Motion for Certification of Court's Interlocutory Pursuant to Colorado Federal Rule of Civil Procedure 54(b) (Doc. # 131) during the March 3, 2014 Motion Hearing.  (*See* Doc. # 150.)

2.  Plaintiff's Motion for Order Granting Permission to Take Oral Testimony [Objection to Close of Discovery] is **denied**.  At the March 17, 2014 Motion Hearing, the Court ordered the parties to exchange all correspondence between Defendant Chase and Plaintiff for the years 2008 through 2012.  Otherwise, the Court closed discovery in this case.  (*See* Doc. # 157.)  The Court declines to revisit that ruling.

3.  Plaintiff's Motion for Judicial Notice is **denied**.  The Court finds no need to take judicial notice of the state court cases Plaintiff identifies because they are irrelevant to any issue before me at the present time.