IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02749-MSK-MEH

R. KIRK MCDONALD,

　　　　Plaintiff,

v.

J.P. MORGAN CHASE BANK, N.A.,
CITIBANK, N.A.,
CHASE FUNDING MORTGAGE LOAN ASSET BACKED CERTIFICATES 2002-4,

　　　　Defendants.

---

## MINUTE ORDER SETTING MOTIONS HEARING

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 1, 2014.**

---

　　　　Before the Court are Plaintiff's Motion for Status Conference [filed April 30, 2014; docket # 179] and Defendants' Motion for Reconsideration of Court's April 30, 2014 Minute Order Granting in Part and Denying in Part [176] Defendants Unopposed Motion for Extension of Time to Respond to Plaintiff's Motion for Leave to File Amended Complaint [filed April 30, 2014; docket # 180].  Both motions have been referred to this Court for resolution pursuant to 28 U.S.C. § 636(b)(1)(A).  Plaintiff's Motion for Status Conference [docket # 179] is **granted**.  Counsel for the parties are directed to appear before the Court for a status conference in this matter on Tuesday, **May 6, 2014, at 2:00 p.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  *See* D.C. Colo. LCivR 83.2(b).

　　　　Further, Defendants' motion [docket # 180] is **granted**.  Defendants shall file their response to Plaintiff's motion on or before **May 8, 2014**.