IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 12-cv-02749-MSK-MEH

R. KIRK MCDONALD,

      Plaintiff,

v.

J.P. MORGAN CHASE BANK, N.A.,
CITIBANK, N.A., and
CHASE FUNDING MORTGAGE LOAN ASSET BACKED CERTIFICATE 2002-4,

      Defendants.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a)(1), the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order by Chief Judge Marcia S. Krieger (**Doc. #232)** filed on March 23, 2015, granting the Defendants' Motion for Summary Judgment (**Doc. #199**), it is

ORDERED that:

Judgment is entered in favor of defendants and against the plaintiff.

ORDERED that costs are awarded to the defendant and against the plaintiffs upon the filing of a bill of costs within 14 days of entry of judgment, in accordance with the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1

The case is closed.

Dated this 24th day March, 2015.

                                  ENTERED FOR THE COURT:
                                  JEFFREY P. COLWELL, CLERK

s/Patricia Glover
Deputy Clerk