IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02749-MSK-MEH

R. KIRK MCDONALD,

    Plaintiff,

v.

J.P. MORGAN CHASE BANK, N.A.,
CITIBANK, N.A.,
CHASE FUNDING MORTGAGE LOAN ASSET BACKED CERTIFICATES 2002-4,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 20, 2015.**

    Plaintiff's Motion for Service of Final Judgment with Motion to Strike the Clerk of Court's Order for Costs [filed May 19, 2015; docket # 234] is **granted in part** and **denied in part**.

    The Plaintiff's request for "service" of the written Final Judgment is **granted** as follows. The Court notes, first, that the docket reflects the Clerk of Court mailed this document to Plaintiff on March 24, 2015. *See* Receipt at docket #233. Nevertheless, the Clerk is directed to send another copy of the Final Judgment (docket #233) to Plaintiff at his current address on file.

    The Plaintiff's request to strike the Clerk of Court's Order for Costs is **denied**. The Court has found that Defendants, as the prevailing parties, are entitled to costs. *See* Fed. R. Civ. P. 54(d)(1); D.C. Colo. LCivR 54.1.